FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 3 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-3863 DHU |
| vs. | ) 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |
| **PAUL JOHN GALLEGOS**, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

On or about July 25, 2025, in Santa Fe County, in the District of New Mexico, the defendant, **PAUL JOHN GALLEGOS**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) aggravated fleeing a law enforcement officer;

(2) aggravated driving while under the influence of intoxicating liquor and/or drugs,

knowingly possessed a firearm, that is, a High Standard Sentinel .22 caliber revolver pistol, serial number R-1002203, and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **PAUL JOHN GALLEGOS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. A High Standard Sentinel .22 caliber revolver pistol, serial number R-1002203, and

    b. approximately four bullets.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney